UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. SCHMALTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01510-HEA |
| | ) | |
| MICHAEL K. SCHMITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This closed case is before the Court on self-represented plaintiff Michael E. Schmaltz's motion to appoint counsel. The motion was received by the Court before the Order of Dismissal was entered on December 9, 2024. Because plaintiff has not cured the deficiency in his pleadings noted in the Court's Opinion, Memorandum and Order dated November 21, 2024 (ECF No. 4), this matter remains dismissed. Plaintiff's motion to appoint counsel will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel is **DENIED as moot**. [ECF No. 6]

Dated this 12th day of December, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE